Nos. 948 and 949. UNITED STATES v. PRICE ET AL. Appeals from D. C. S. D. Miss. Motion of United States as to consolidating cases deferred awaiting timely filing of responses to jurisdictional statement; in all other respects motion denied. *Solicitor General Cox, Acting Assistant Attorney General Doar, Ralph S. Spritzer, Louis F. Claiborne, Harold H. Greene* and *Howard A. Glicksten* for the United States.

No. 856, Misc. WALKER v. PATE, WARDEN, ET AL.;
No. 871, Misc. GIBSON v. MAXWELL, WARDEN;
No. 919, Misc. SCHUMANN v. UNITED STATES;
No. 921, Misc. PENNINGTON v. WARDEN, U. S. PENITENTIARY; and
No. 969, Misc. IN RE DUVAL. Motions for leave to file petitions for writs of habeas corpus denied.

No. 857, Misc. BOWENS v. PATE, WARDEN;
No. 922, Misc. HITCHCOCK v. EYMAN, WARDEN; and
No. 952, Misc. TARPLEY v. WILKINS, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied. Treating the papers submitted as petitions for writs of certiorari, certiorari is denied.

No. 820. UNITED STATES v. GENERAL MOTORS CORP. ET AL. Appeal from D. C. S. D. Cal. Probable jurisdiction noted. *Solicitor General Cox, Assistant Attorney General Orrick, Lionel Kestenbaum* and *Donald L. Hardison* for the United States. *Homer I. Mitchell, Warren M. Christopher, Marcus Mattson, Aloysius F. Power, Robert A. Nitschke* and *Nicholas J. Rosiello* for General Motors Corp., and *Victor R. Hansen* and *Glenn S. Roberts* for Losor Chevrolet Dealers Association et al., appellees.